IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KINETIC CONCEPTS, INC., ) <br> KCI LICENSING, INC., KCI USA, INC., ) <br> KCI MEDICAL RESOURCES, ) <br> MEDICAL HOLDINGS LIMITED, ) <br> KCI MANUFACTURING and ) <br> WAKE FOREST UNIVERSITY ) <br> HEALTH SCIENCES ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CONVATEC INC., ) <br> BOEHRINGER WOUND ) <br> SYSTEMS, LLC, and BOEHRINGER ) <br> TECHNOLOGIES, LP ) <br> ) <br> Defendants. ) | No. 1:08-CV-00918-TDS-WWD |

## JOINT STIPULATED SCHEDULING ORDER

The parties have conferred and stipulate to the following discovery and claim construction schedules:

1.  **Fact and Expert Discovery**

    (a) The deadline for leave to amend pleadings and to add parties: November 3, 2009. After this date, the court will grant leave for good cause.

    (b) Close of Fact Discovery: December 3, 2009.

    (c) Expert reports required under Rule 26(a)(2)(A) for any issue on which a party carries the burden of proof shall be served by March 1, 2010.

    (d) Each party shall serve its expert rebuttal reports by March 29, 2010.

    (e) Expert discovery shall be completed on or before April 29, 2010.

2. **Claim Construction Schedule**

   (a) The Parties shall meet and confer concerning the terms and proposed definitions for construction by the Court. By no later than August 24, 2009, the parties shall exchange their disputed terms and proposed definitions.

   (b) Not later than September 14, 2009, Plaintiffs and Defendants shall file their opening claim construction briefs.

   (c) Not later than October 12, 2009, Plaintiffs and Defendants shall file their responsive claim construction briefs.

The Court shall hold a Markman hearing to interpret disputed claim terms on _____, 2009.

SO ORDERED:

Date _____

Hon. Wallace W. Dixon
United States Magistrate Judge

2

CONSENTED TO:

_R. Laurence Macon_ (signature)

R. Laurence Macon
Kirt S. O'Neill
Karen K. Gulde
Akin Gump Strauss Hauer & Feld, LLP
300 Convent St., Suite 1600
San Antonio, TX 78205
Telephone: 210.281.7000
Fax: 210.224.2035

William K. Davis
Bell Davis & Pitt, P.A.
POB 21029
Winston-Salem, NC. 27120
Telephone: 336.722.3700
Fax: 336.722.8153
E-Mail: wdavis@belldavispitt.com

Don O. Burley
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, Nw
Washington, DC 20001
Telephone: 202.408.4000
Fax: 202.408.4400

COUNSEL FOR PLAINTIFFS

_Thomas H. Beck_ (signature)

Thomas H. Beck (tbeck@sidley.com)
Todd L. Krause (tkrause@sidley.com)
Asheesh P. Puri (apuri@sidley.com)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
T: (212) 839-5300  F: (212) 839-5599

Sarah H. Roane (NC State Bar No. 24114)
Ogletree Deakins Nash Smoak & Steward, P.C.
2725 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410-8392
T: (336) 375-9737  F: (336) 375-4430
(Sarah.Roane@ogletreedeakins.com)

COUNSEL FOR DEFENDANT
CONVATEC INC.

_Rudolph A. Telscher, Jr._ (signature)

Rudolph A. Telscher, Jr. (rtelscher@hdp.com)
Douglas A. Robinson (drobinson@hdp.com)
Harness, Dickey & Pierce, PLC
7700 Bonhomme
Suite 400
Clayton, MO 63105
T: (314) 726-7500  F: (314) 726-7501

Sarah H. Roane (NC State Bar No. 24114)
Ogletree Deakins Nash Smoak & Steward, P.C.
2725 Horse Pen Creek Rd., Suite 101
Greensboro, NC 27410-8392
T: (336) 375-9737  F: (336) 375-4430
(Sarah.Roane@ogletreedeakins.com)

COUNSEL FOR DEFENDANTS
BOEHRINGER WOUND SYSTEMS, LLC AND
BOEHRINGER TECHNOLOGIES, LP

3

NY1 6951920v.6

Case 1:08-cv-00918-TDS-WWD   Document 35   Filed 08/16/2009   Page 3 of 3
Case 1:08-cv-00918-WO-LPA   Document 36-2   Filed 08/27/09   Page 3 of 5

## Roane, Sarah H.

| | |
|---|---|
| From: | ECF@ncmd.uscourts.gov |
| Sent: | Sunday, August 16, 2009 11:19 PM |
| To: | ecf@ncmd.uscourts.gov |
| Subject: | Activity in Case 1:08-cv-00918-TDS-WWD KINETIC CONCEPTS, INC. et al v. CONVATEC INC., et al Rule 26(f) Report (Joint) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered by ROANE, SARAH on 8/16/2009 at 11:18 PM EST and filed on 8/16/2009

| | |
|---|---|
| Case Name: | KINETIC CONCEPTS, INC. et al v. CONVATEC INC., et al |
| Case Number: | 1:08-cv-918 |
| Filer: | CONVATEC, INC. |
| | WAKE FOREST UNIVERSITY HEALTH SCIENCES |
| | KINETIC CONCEPTS, INC. |
| | KCI LICENSING, INC. |
| | KCI USA, INC. |
| | KCI MEDICAL RESOURCES |
| | MEDICAL HOLDINGS LIMITED |
| | KCI MANUFACTURING |
| | BOEHRINGER WOUND SYSTEMS, LLC |
| | BOEHRINGER TECHNOLOGIES, L.P. |

Document Number: 35

Docket Text:
**Rule 26(f) Report (Joint) filed by all parties by KINETIC CONCEPTS, INC., KCI LICENSING, INC., KCI MEDICAL RESOURCES, MEDICAL HOLDINGS LIMITED, KCI MANUFACTURING, KCI USA, INC., WAKE FOREST UNIVERSITY HEALTH SCIENCES, CONVATEC, INC., BOEHRINGER WOUND SYSTEMS, LLC, BOEHRINGER TECHNOLOGIES, L.P..(ROANE, SARAH)**

1:08-cv-918 Notice has been electronically mailed to:

ASHEESH P. PURI    apuri@sidley.com

8/20/2009


DOUGLAS A. ROBINSON     stllitigation@hdp.com

GREGORY P. MCGUIRE     greg.mcguire@ogletreedeakins.com, kathleen.youngquist@odnss.com

KAREN KROESCHE GULDE     kgulde@akingump.com

R. LAURENCE MACON     lmacon@akingump.com

RUDOLPH A. TELSCHER     stllitigation@hdp.com

SARAH H. ROANE     sarah.roane@ogletreedeakins.com

THOMAS H. BECK     tbeck@sidley.com

WILLIAM K. DAVIS     wdavis@belldavispitt.com, pwelborn@belldavispitt.com

**1:08-cv-918 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091045209 [Date=8/16/2009] [FileNumber=984203-0]
[9cd4448c70b68f5b8e0ec600b62af49f214e8ed9f5a4f97b0aab5204b00e924a9f32
f897cff9e6187b90e41615ccc1a6cc1502f7699c0efce0a189daa092d7a3]]

8/20/2009