**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

KINETIC CONCEPTS, INC., )
KCI LICENSING, INC., KCI USA, INC., )
KCI MEDICAL RESOURCES, )
MEDICAL HOLDINGS LIMITED, )
KCI MANUFACTURING and )
WAKE FOREST UNIVERSITY )
HEALTH SCIENCES ) No. 1:08-CV-00918-TDS-WWD
)
          Plaintiffs, )
)
       vs. )
)
CONVATEC INC., )
BOEHRINGER WOUND )
SYSTEMS, LLC, and BOEHRINGER )
TECHNOLOGIES, LP )
)
         Defendants. )
_____ )

## DEFENDANT CONVATEC'S MOTION TO SEAL

COME NOW Defendant ConvaTec Inc. ("ConvaTec"), by and through its

undersigned counsel, and file this its motion to seal (1) Exhibits 3-4, 8-10, and 29 to

ConvaTec's Memorandum In Support Of Its Motion To Compel, and (2) redacted

portions of ConvaTec's Memorandum In Support Of Its Motion To Compel.

In support of the motion, ConvaTec shows the Court as follows:

1.     This matter involves claims of patent infringement and counterclaims of

invalidity.

2.    ConvaTec is filing Exhibits 3-4, 8-10, and 29 to its Memorandum In Support Of Its Motion To Compel.

3.    Exhibits 3-4, 8-10, and 29 were designated by Plaintiffs as Attorneys' Eyes Only, thus Defendants must treat them as if they are confidential and are replete with Plaintiffs' confidential and proprietary information which are subject to protection from public disclosure.

4.    Minimal redaction of the documents would not effectively protect the confidentiality of the information contained in the documents.

5.    If sufficiently redacted to protect Plaintiffs' confidentiality interests, the documents would be so abstract as to render them valueless.

6.    Accordingly, filing under seal Exhibits 3-4, 8-10, and 29 to ConvaTec's Memorandum In Support Of Its Motion To Compel is the only feasible way to protect the confidential and proprietary information in these documents from public disclosure.

7.    Further, ConvaTec is filing contemporaneously with this motion its Memorandum In Support Of Its Motion To Compel, which references and discusses these Exhibits.

8.    Thus, ConvaTec has redacted those portions of its Memorandum that discuss these Exhibits and also move to file these redacted portions of its Memorandum In Support Of Its Motion To Compel.

9.    Accordingly, filing redacted portions of ConvaTec's Memorandum In

2

NY1 7089239v.1

Support Of Its Motion To Compel is the only feasible way to protect the confidential and proprietary information in these documents from public disclosure.

WHEREFORE, ConvaTec respectfully request that the Court grant its motion to file (1) Exhibits 3-4, 8-10, and 29 to ConvaTec's Memorandum In Support Of Its Motion To Compel, and (2) redacted portions of ConvaTec's Memorandum In Support Of Its Motion To Compel under seal.

Respectfully submitted this the 22nd day of October, 2009.

/s/ Neal K. Dahiya (ndahiya@sidley.com)
Thomas H. Beck (tbeck@sidley.com)
Todd L. Krause (tkrause@sidley.com)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
T: (212) 839-5300  F: (212) 839-5599

/s/ Sarah H. Roane (sarah.roane@ogletreedeakins.com)
N.C. State Bar No. 24114
Ogletree Deakins, Nash, Smoak & Stewart, P.C.
sarah.roane@ogletreedeakins.com
2725 Horse Pen Creek Road, Suite 101
Greensboro, North Carolina  27410
T:  (336) 375-9737  F: (336) 375- 4430

COUNSEL FOR DEFENDANT
CONVATEC INC.

3