UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| KINETIC CONCEPTS, INC., KCI LICENSING, INC., KCI USA, INC., KCI MEDICAL RESOURCES, MEDICAL HOLDINGS LIMITED, KCI MANUFACTURING, and WAKE FOREST UNIVERSITY HEALTH SCIENCES | ) ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 1:08-CV-00918 |
| CONVATEC, INC., BOEHERINGER WOUND SYSTEMS, LLC, and BOEHERINGER TECHNOLOGIES, L.P. | ) ) ) ) ) | |
| *Defendants*. | ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical Resources, Medical Holdings Limited, KCI Manufacturing (collectively "KCI") and Plaintiff Wake Forest University Health Sciences ("Wake Forest") hereby stipulate that any and all of their claims against Defendants ConvaTec, Inc. ("ConvaTec"), Boeheringer Wound Systems, LLC, and Boeheringer Technologies, L.P. (collectively, "Boehringer") in the above-captioned action (whether denominated as claims, counterclaims, crossclaims or otherwise) are dismissed with prejudice pursuant to Rule 41

of the Federal Rules of Civil Procedure. Defendants ConvaTec and Boehringer hereby stipulate that any and all of their claims against KCI and Wake Forest in the above-captioned action (whether denominated as claims, counterclaims, crossclaims or otherwise) are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Accordingly, all parties jointly stipulate that the above-captioned action is dismissed with prejudice. This stipulation shall not extinguish any claims (whether denominated as claims, counterclaims, crossclaims or otherwise) or defenses in any other case as between Wake Forest and KCI.

Plaintiffs and Defendants agree that each party shall bear and assume its own costs and expenses, including attorneys' fees, in this action.

Date: June 3, 2013

Respectfully submitted,

/s/ Timothy G. Barber
Timothy G. Barber
    North Carolina State Bar No. 12851
    tbarber@kslaw.com
Antonio E. Lewis
    North Carolina State Bar No. 35409
    alewis@kslaw.com
KING & SPALDING LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202
Telephone: 704-503-2600
Facsimile: 704-503-2622


Paul A. Bondor
    pbondor@desmaraisllp.com
Joseph C. Akalski
    jakalski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

*Attorneys for Plaintiffs Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical Resources, Medical Holdings Limited, and KCI Manufacturing*

-3-

/s/ Clinton R. Pinyan
James T. Williams, Jr.
    North Carolina State Bar. No. 4758
    jwilliams@brookspierce.com
Clinton R. Pinyan
    North Carolina State Bar No. 22260
    cpinyan@brookspierce.com
BROOKS PIERCE McLENDON
  HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001


Matthew D. Powers
    matthew.powers@tensegritylawgroup.com
Monica M. Eno
    monica.eno@tensegritylawgroup.com
Paul T. Ehrlich
    paul.ehrlich@tensegritylawgroup.com
Stefani C. Smith
    stefani.smith@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, California 94065
Telephone: 650-802-6000
Facsimile: 650-802-6001

*Attorneys for Plaintiff Wake Forest*
*University Health Sciences*

/s/ Gregory P. McGuire
Gregory P. McGuire
    N.C. State Bar No. 24114
    greg.mcguire@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: 919-787-9700
Facsimile: 919-783-9412


Thomas H. Beck
    tbeck@sidley.com
Jesselyn C. Pe
    jpe@sidley.com
Paul J. Zegger
    pzegger@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: 212-839-5300
Facsimile: 212-839-5599

*Attorneys for Defendant Convatec, Inc.*


/s/ Gregory P. McGuire
Gregory P. McGuire
    N.C. State Bar No. 24114
    greg.mcguire@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: 919-787-9700
Facsimile: 919-783-9412

Douglas A. Robinson
    drobinson@hdp.com
Rudolph A. Telscher, Jr.
    rtelscher@hdp.com
HARNESS, DICKEY & PIERCE, PLC
7700 Bonhomme, Suite 400
Clayton, Missouri 63105
Telephone: 314-726-7500
Facsimile: 314-726-7501

*Attorneys For Defendants Boehringer Wound Systems, LLC and Boehringer Technologies, LP*